**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| FRANCISCO IBARRA, | Case No.: 8:19-cv-2080-JFW (JDEx) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF ENTIRE MATTER WITH PREJUDICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; HSBC BANK USA, N.A., | |
| Defendant(s). | |

Plaintiff Francisco Ibarra and Defendants Experian Information Solutions, Inc. and HSBC Bank USA, N.A. have announced to the Court that all matters in controversy have been resolved. A Stipulation of Dismissal with Prejudice as to the entire matter has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff against Defendants are in all respects dismissed with prejudice to the refiling of same, with fees and court costs to be paid by the party incurring same.

DATED this 20TH day of March 2020.

_____

**HONORABLE JOHN F. WALTER**
UNITED STATES DISTRICT JUDGE